UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
NEEMAH PAM FISHER, *et al.*,                              :
                                                          :     1:18-cv-07463-ENV-ST
                                                          :
          Plaintiffs,                                     :
                                                          :
     -against-                                            :
                                                          :
CRÉDIT LYONNAIS, S.A. and LCL, S.A., as                   :
successor in interest to CRÉDIT LYONNAIS, S.A.,           :
                                                          :
          Defendants.                                     :
-------------------------------------------------------------------------x

### NOTICE OF CHANGE OF ADDRESSES – JAMES P. BONNER

TO THE CLERK OF COURT, ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE of the following changes effective immediately to the firm name and contact information for JAMES P. BONNER, an attorney of record for Plaintiffs in the above-captioned action:

> James P. Bonner
> FLEISCHMAN BONNER & ROCCO LLP
> 565 Fifth Avenue, 7th Floor
> New York, New York  10017
> Telephone:  908-516-2066
> Fax:  908-516-2045
> E-mail:  jbonner@fbrllp.com

Dated: January 16, 2019

> FLEISCHMAN BONNER & ROCCO LLP
>
> /s/ James P. Bonner
> 565 Fifth Avenue, 7th Floor
> New York, New York  10017
> Telephone: (908) 516-2066
> E-mail:  jbonner@fbrllp.com
>
> *Attorney for Plaintiffs*